UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PETER PANTAZES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1056 (ESH) |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| Acting Secretary, | ) | |
| Department of Housing | ) | |
| and Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of March, 2005, hereby

**ORDERED** that Defendant's Motion to Dismiss and for Summary Judgment [#8] is **DENIED**; and it is

**FURTHER ORDERED** that this matter shall set for an initial scheduling conference on April 26, 2005, at 10:00 a.m.

                                                        s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: March 31, 2005